SEALED
FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2023 NOV 14 PM 12: 12
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BYRON G. MORALES,<br><br>Defendant. | 8:23CR231<br><br>INDICTMENT<br><br>18 U.S.C. §§ 2252(a)(2) and (b)(1)<br>18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) |

The Grand Jury charges that

## COUNT I

Between on or about December 7, 2018, and on or about July 7, 2023, in the District of Nebraska, defendant BYRON G. MORALES, did knowingly receive and distribute, using any means and facility of interstate and foreign commerce, any visual depiction, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct.

In violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT II

On or about July 7, 2023, in the District of Nebraska, defendant BYRON G. MORALES, did knowingly possess at least one matter which contained a visual depiction, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct, including at least one image depicting a prepubescent minor and a minor under the age of twelve years old, and such visual depiction was mailed and shipped and transported using any means and facility of interstate and foreign commerce and in

and affecting interstate and foreign commerce and produced using materials which had been mailed and so shipped and transported, by any means including computer.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

KELLI L. CERAOLO
Assistant United States Attorney