IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>BYRON G. MORALES,<br><br>                    Defendant. | 8:23CR231<br><br><br>ORDER |

      This matter is before the Court on the motion to continue trial and schedule status conference. (Filing No. 23).  The motion is unopposed by the government. For good cause shown,

      IT IS ORDERED:

1) Defendant's motion to continue trial and schedule status conference, (Filing No. 23), is granted.

2) In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 5, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant this motion would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and the novelty and complexity of the case. The failure to grant this motion might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(A) & (B).  Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

3) A telephonic status conference with counsel will be held before the undersigned magistrate judge at **11:00 a.m. on March 5, 2024**. Counsel for the parties shall use the conferencing instructions entered under separate order.

4) The trial of this case is continued pending further order of the Court.

      Dated this 28th day of February, 2024.

                                                     BY THE COURT:

                                                   s/Michael D. Nelson
                                                   United States Magistrate Judge