IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BYRON G. MORALES,<br><br>Defendant. | 8:23CR231<br><br>ORDER |

This matter came before the Court for a status conference by telephone with counsel for the parties and the undersigned magistrate judge. At the request of the defendant, unopposed by the government, and for good cause shown this matter will be reset for a status conference. Accordingly,

IT IS ORDERED:

1) Defendant's oral motion for a status conference is granted.

2) In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between today's date and on May 7, 2024, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant this motion would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and the novelty and complexity of the case. The failure to grant this motion might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

3) A telephonic status conference with counsel will be held before the undersigned magistrate judge at 10:30 a.m. on May 7, 2024. Counsel for the parties shall use the conferencing instructions issued by the Court in Filing No. 25 to participate in the call.

Dated this 5th day of March, 2024.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge